175 A.3d 172

KEVIN DUGAN, PLAINTIFF–RESPONDENT, AND ROMAN
ZIELONKA, PLAINTIFF, v. BEST BUY CO. INC., AND
GARRETT HETRICK, DEFENDANTS–PETITIONERS.

C–336 September Term 2017
080016

November 17, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001897–16
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied, with costs.